UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LISA HURLEY | No. 1:25-cr 00173-SDN |

2025 NOV 12 P 2:14

**INDICTMENT**

The Grand Jury charges:

**GENERAL ALLEGATIONS**

*Introduction*

At all times relevant to this Indictment:

1. Bank A was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation ("FDIC").

2. Credit Union B was a financial institution whose deposits were insured by the National Credit Union Share Insurance Fund ("NCUSIF").

3. Credit Union C was a financial institution whose deposits were insured by the NCUSIF.

4. Victim 1 resided in Maine and was a customer of and had a bank account with Bank A.

5. Victim 2 resided in Maine and was a member of and had an account with Credit Union B.

6. Victim 3 resided in Maine and was a member of and had an account with Credit Union C.

7. The Defendant was not authorized to access Victim 1's bank account at

Bank A.

8. The Defendant was not authorized to access Victim 2's account at Credit Union B.

9. The Defendant was not authorized to access Victim 3's account at Credit Union C.

*The Scheme and Artifice to Defraud*

10. On about July 30, 2025, the Defendant entered three Bank A branches within the District of Maine to withdraw and obtain and to attempt to withdraw and obtain money from Bank A, as follows:

   a. The Defendant entered a Bank A branch in Bingham, Maine, and falsely identified herself as Victim 1. The Defendant provided Victim 1's name, date of birth, and partial social security number as identification. The Defendant asked for Victim 1's account balances and withdrew and obtained $5,000 from Bank A from Victim 1's account.

   b. The Defendant entered a Bank A branch in Madison, Maine, and falsely identified herself as Victim 1. The Defendant provided Victim 1's name, date of birth, and partial social security number as identification. Based on those misrepresentations, the Defendant withdrew and obtained $5,000 from Bank A from Victim 1's account.

   c. The Defendant entered a Bank A branch in Skowhegan, Maine, and falsely identified herself as Victim 1. The Defendant presented an instrument purporting to be a United States passport card bearing an image of the Defendant and the name and date of birth of Victim 1 as a means and form of identification.

11. At each Bank A branch, the Defendant falsely identified herself as Victim 1 in an attempt to withdraw and obtain money from Bank A. Through fraud, the Defendant obtained $10,000 from Bank A while impersonating Victim 1.

12. On July 31, 2025, the Defendant entered Credit Union B in Skowhegan, Maine, and identified herself as Victim 2. The Defendant presented an instrument purporting to be a United States passport card bearing an image of the Defendant and the name and date of birth of Victim 2 as a means and form of identification. The Defendant asked for Victim 2's account balance to withdraw money from the account.

13. On July 31, the Defendant entered Credit Union C in Augusta, Maine, and identified herself as Victim 3. The Defendant presented an instrument purporting to be a United States passport card bearing an image of the Defendant and the name and date of birth of Victim 3 as a means and form of identification. The Defendant asked for Victim 3's account balance to withdraw money from the account.

## COUNTS ONE – FOUR
(Bank Fraud)

14. Paragraphs 1 through 13 of this Indictment are re-alleged and incorporated by reference.

15. On about between July 30 and July 31, 2025, in the District of Maine, the defendant

**LISA HURLEY**

knowingly and willfully executed and attempted to execute a scheme and artifice to defraud a financial institution and to obtain money, funds, credits, assets, and other property owned by and under the custody and control of a financial institution, as listed

below in each Count, by means of materially false and fraudulent pretenses, representations, and promises, as follows:

| COUNT | APPROXIMATE DATE | LOCATION | FINANCIAL INSTITUTION | ACT |
|---|---|---|---|---|
| ONE | July 30, 2025 | Bingham | Bank A | Defendant provided Victim 1's name, date of birth, and partial social security number to Bank A as identification to withdraw and obtain funds from Victim 1's account. |
| TWO | July 30, 2025 | Madison | Bank A | Defendant provided Victim 1's name, date of birth, and partial social security number to Bank A as identification to withdraw and obtain funds from Victim 1's account. |
| THREE | July 31, 2025 | Skowhegan | Credit Union B | Defendant presented an instrument purporting to be a United States passport card bearing Victim 2's name and date of birth as identification to Credit Union B in an attempt to access and withdraw funds from Victim 2's account. |
| FOUR | July 31, 2025 | Augusta | Credit Union C | Defendant presented an instrument purporting to be a United States passport card bearing Victim 3's name and date of birth as identification to Credit Union C in an attempt to access and withdraw funds from Victim 3's account. |

All in violation of Title 18, United States Code, Section 1344.

**COUNT FIVE – SEVEN**
(False Use of a Passport)

16. Paragraphs 1 through 13 of this Indictment are re-alleged and incorporated by reference.

4

17. On about between July 30 and July 31, 2025, in the District of Maine, the defendant

**LISA HURLEY**

willfully and knowingly used and attempted to use a false, forged, counterfeited, and altered passport and instrument purporting to be a passport, as follows:

| COUNT | APPROXIMATE DATE | LOCATION | ACT |
|---|---|---|---|
| FIVE | July 30, 2025 | Skowhegan | Defendant used and presented an instrument purporting to be a United States passport card bearing Victim 1's name and date of birth as a form of identification to Bank A. |
| SIX | July 31, 2025 | Skowhegan | Defendant used and presented an instrument purporting to be a United States passport card bearing Victim 2's name and date of birth as a form of identification to Credit Union B. |
| SEVEN | July 31, 2025 | Augusta | Defendant used and presented an instrument purporting to be a United States passport card bearing Victim 3's name and date of birth as a form of identification to Credit Union C. |

All in violation of Title 18, United States Code, Section 1543.

## COUNTS EIGHT – ELEVEN
(Aggravated Identity Theft)

18. Paragraphs 1 through 13 of this Indictment are re-alleged and incorporated by reference.

19. On about between July 30 and July 31, 2025, in the District of Maine, the defendant

**LISA HURLEY**

5

knowingly possessed and used, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), specifically, bank fraud in violation of Title 18, United States Code, Section 1344, as follows:

| COUNT | APPROXIMATE DATE | LOCATION | ACT AND MEANS OF IDENTIFICATION |
|---|---|---|---|
| EIGHT | July 30, 2025 | Bingham | Defendant possessed and used Victim 1's name, date of birth, and partial social security number at a Bank A branch to withdraw and obtain funds from Victim 1's account, during and in relation to the felony violation alleged in Count 1. |
| NINE | July 30, 2025 | Madison | Defendant possessed and used Victim 1's name, date of birth, and partial social security number at a Bank A branch to withdraw and obtain funds from Victim 1's account, during and in relation to the felony violation alleged in Count 2. |
| TEN | July 31, 2025 | Skowhegan | Defendant possessed and used Victim 2's name and date of birth at a Credit Union B branch in an attempt to withdraw and obtain funds from Victim 2's account, during and in relation to the felony violation alleged in Count 3. |
| ELEVEN | July 31, 2025 | Augusta | Defendant possessed and used Victim 3's name and date of birth at a Credit Union C branch in an attempt to withdraw and obtain funds from Victim 3's account, during and in relation to the felony violation alleged in Count 4. |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 1028A(b).

## FORFEITURE NOTICE

20. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 1543, set forth in Counts Five through Seven of this Indictment, the defendant

**LISA HURLEY**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6)(A)(ii), any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense and any property that is used to facilitate, or is intended to be used to facilitate, the commission of the offense including, but not limited to:

   a. A money judgment in the amount of all such proceeds;
   b. The instrument purporting to be a United States passport card bearing an image of the defendant and the name and date of birth of Victim 3; and
   c. The instrument purporting to be a bank card bearing the name of Victim 3.

All pursuant to Title 18, United States Code, Section 982(a)(6).

_____
Signature Redacted – Original on file with the Clerk's Office
FOREPERSON

_____
Assistant U.S. Attorney
Date: 11/12/25